FILED

AUG - 8 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Dale Floran Brumbaugh
Carmen Lucille Brumbaugh

Case No. 12-27806

Debtor(s).

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of  Carmen Lucille Brumbaugh for half of money , seeking payment of funds previously unclaimed by  Carmen Lucille Brumbaugh for half of money  (creditor/claimant's name) in the above-entitled case.  It appears from the application and supporting documentation that  Carmen Lucille Brumbaugh for half of money  is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 22420.41 from the Treasury Registry to:

Carmen Lucille Brumbaugh
113 Chapman Street
Orland, CA 95963

DATED: 8 Aug 2014

_____
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)